UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:13-cr-00128-001 |
| v. | ) | |
| | ) | Judges Mattice/Steger |
| LAJEROMENY L. BROWN | ) | |

## MEMORANDUM AND ORDER

LAJEROMENY L. BROWN ("Defendant") came before the Court for an initial appearance on December 12, 2018, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision ("Petition") [Doc. 529]. At such time, the Government moved Defendant be detained pending disposition of the Petition or further Order of this Court. After conferring with his counsel, Defendant requested a preliminary hearing and a detention hearing. At Defendant's counsel's request, the detention hearing was scheduled on Tuesday, December 18, 2018 at 11:00 a.m.

At the hearing on December 18, 2018, AUSA Chris Poole reminded the Court that the sole basis for the Petition was an allegation that Defendant participated in a home invasion robbery on August 15, 2018, for which he was being prosecuted by the State of Tennessee. Such conduct would violate the supervised release condition that, "the defendant shall not commit another federal, state or local crime." AUSA Poole continued that the victim of the robbery would not testify against Defendant and the State of Tennessee had elected to dismiss the home invasion robbery charge against him. As a consequence of these developments, AUSA Poole acknowledged the lack of probable cause to support the sole violation of condition contained in the Petition. He then announced that the Government would voluntarily dismiss the Petition.

For the foregoing reasons, it is hereby **ORDERED** that:

1. The Petition for Warrant for Offender Under Supervision [Doc. 529] shall be **DISMISSED**.

2. Defendant shall be **RELEASED FROM FEDERAL CUSTODY**.

**ENTER.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE